SERVICE

JUDGE SAND

07 CV 3893

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STRUCTURE PROBE INC.,

    *Plaintiff*,

v.

EMS ACQUISITION CORP. (d/b/a, ELECTRON MICROSCOPY SCIENCES),

    *Defendants*.

Case No. _____

ECF CASE

W/ JF

MAY 17 2007

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for plaintiff certifies that Structure Probe Inc. is not publicly held corporation, nor does it have a parent which is publicly held. No publicly held corporation owns 10% or more of the stock any of the above company.

Dated: May 17, 2007

KENYON & KENYON LLP

Joseph F. Nicholson (7307)
Michael J. Freno (6969)
One Broadway
New York, New York 10004
212-425-7200

*Counsel for Plaintiffs Structure Probe, Inc.*