UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
STRUCTURE PROBE INC.,

                *Plaintiff*,

                Index No. 07 cv 3893

    v.                **NOTICE OF APPEARANCE**

EMS ACQUISITION CORP. (d/b/a ELECTRON
MICROSCOPY SCIENCES),

                *Defendant*.
-------------------------------------------------------------------- X

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant EMS ACQUISITION CORP. (d/b/a ELECTRON MICROSCOPY SCIENCES).

I certify that I am admitted to practice in this court.

Dated: New York, New York
       August 1, 2007

                                **Dunnington, Bartholow and Miller LLP**

                                By: _____
                                Raymond J. Dowd, Esq. (RD 7508)
                                Attorneys for Defendant
                                477 Madison Avenue – 12th Floor
                                New York, New York 10017
                                (212) 682-8811

To:    Joseph F. Nicholson (7307)
        Michael J. Freno (6969)
        Kenyon & Kenyon LLP
        One Broadway
        New York, New York 10004
        212-425-7200
        *Counsel for Plaintiff Structure Probe, Inc.*