UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRUCTURE PROBE INC., <br><br> *Plaintiff*, <br><br> v. <br><br> EMS ACQUISITION CORP. (d/b/a, ELECTRON MICROSCOPY SCIENCES), <br><br> *Defendant*. | Case No.  07-CV-3893 (LBS) <br><br> **FILED ELECTRONICALLY** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the entry of our appearance as counsel for plaintiff Structure Probe, Inc.

Dated: August 7, 2007         KENYON & KENYON LLP

               s/  Michael J. Freno
              Joseph F. Nicholson (JN 7307)
              Michael J. Freno (MF 6969)
              One Broadway
              New York, New York 10004
              (212) 425-7200
              (212) 425-5288 (fax)

              *Attorneys for Plaintiff Structure Probe Inc.*

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Raymond J. Dowd (RD 7508)
DUNNINGTON BARTHOLOW & MILLER LLP
477 Madison Avenue— 12th Floor
New York, NY 10017
(212) 682-881

*Attorney for Defendant*
  *EMS Acquisition Corp.*

     I further certify that on August 7, 2007, I caused copies of the foregoing to be served via Overnight Delivery upon the following:

David J. Wolfsohn
Steven J. Rocci
Chad A. Rutkowski
WOODCOCK WASHBURN LLP
2929 Arch Street
Philadelphia, PA 19104
(215) 564-2222

*Attorneys for Defendant*
  *EMS Acquisition Corp.*

                                                       s/ Michael J. Freno