**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

STRUCTURE PROBE INC.,                                    : Civil Action No.: 07 CV 3893 (LBS)

:

Plaintiffs,                       :

:                 AFFIDAVIT OF SERVICE

- against -                                                       :

:

:

EMS ACQUISITION CORP. (d/b/a, ELECTRON
MICROSCOPY SCIENCES),                            :

:

Defendant.                        :
-----------------------------------------------------------------X

STATE OF NEW YORK                    )
                                                          ) s.s.
COUNTY OF NEW YORK                   )


      EDGAR VALLEJO, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

      On the 30th day of July, 2007, deponent caused to be served on the following counsel of record for EMS Acquisition Corp. a copy of PLAINTIFF'S SUMMONS, COMPLAINT AND RULE 7.1 DISCLOSURE STATEMENT, via OVERNIGHT DELIVERY, to:

          Steven J. Rocci
          Woodcock Washburn LLP
          Cira Centre, 12th Floor, 2929 Arch Street
          Philadelphia, PA 19104-2891

      By letter dated July 6, 2007, Mr. Rocci acknowledged that he would accept service for EMS Acquisition Corp.

                                      _____
                                           Edgar Vallejo

Sworn to before me this
\_\_\_\_ day of August, 2007

_____
Notary Public

KRISTINA HORN
Notary Public, State of New York
No. 01HO6080810
Qualified in Kings County
Certificate Filed in New York County
Commission Expires June 23, 20 11

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Raymond J. Dowd (RD 7508)
DUNNINGTON BARTHOLOW & MILLER LLP
477 Madison Avenue— 12th Floor
New York, NY 10017
(212) 682-8811
(212) 661-7769 (fax)
rdowd@dunnington.com

*Attorney for Defendant*
  *EMS Acquisition Corp.*

I further certify that on August 9, 2007, I caused copies of the foregoing to be served via Overnight Delivery upon the following:

David J. Wolfsohn
Steven J. Rocci
Chad A. Rutkowski
WOODCOCK WASHBURN LLP
2929 Arch Street
Philadelphia, PA 19104
(215) 564-2222

*Attorneys for Defendant*
  *EMS Acquisition Corp.*

                    s/  Michael J. Freno