USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-14-07

SAND, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STRUCTURE PROBE INC.,

    *Plaintiff,*

v.

EMS ACQUISITION CORP. (d/b/a, ELECTRON MICROSCOPY SCIENCES),

    *Defendant.*

Case No. 07-CV-3893 (LBS)

FILED ELECTRONICALLY

## JOINT STIPULATION FOR EXTENSION OF TIME

IT IS **HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys, counsel for the parties, that defendant's time to answer, move, or otherwise plead in response to plaintiff's complaint is extended to and including September 20, 2007. Defendant's answer would otherwise be due on August 20, 2007. No prior extension has been requested.

KENYON & KENYON LLP

By: _____
Joseph F. Nicholson (JN 7307)
Michael J. Freno (MF 6969)
One Broadway
New York, New York 10004
(212) 425-7200
(212) 425-5288 (fax)

*Attorneys for Plaintiff*
*Structure Probe Inc.*

Dated: 8/8/07

SO ORDERED:

_____
U.S.D.J.

8/14/07

DUNNINGTON BARTHOLOW & MILLER LLP

By: _____
Raymond J. Dowd (RD 7508)
477 Madison Avenue, 12th Floor
New York, NY 10017
(212) 682-8811
(212) 661-7769 (fax)
rdowd@dunnington.com

Dated: August 8, 2007

WOODCOCK WASHBURN LLP
David J. Wolfsohn
Steven J. Rocci
Chad A. Rutkowski
2929 Arch Street
Philadelphia, PA 19104
(215) 564-2222

*Attorneys for Defendant*
*EMS Acquisition Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2007, I caused copies of the foregoing to be served via Overnight Delivery upon the following:

Raymond J. Dowd (RD 7508)
DUNNINGTON BARTHOLOW & MILLER LLP
477 Madison Avenue— 12th Floor
New York, NY 10017
(212) 682-8811
(212) 661-7769 (fax)
rdowd@dunnington.com

David J. Wolfsohn
Steven J. Rocci
Chad A. Rutkowski
WOODCOCK WASHBURN LLP
2929 Arch Street
Philadelphia, PA 19104
(215) 564-2222

*Attorneys for Defendant*
  *EMS Acquisition Corp.*

[signature]

-2-