UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRUCTURE PROBE INC.,<br><br>    Plaintiff,<br><br>v.<br><br>EMS ACQUISITION CORP. (D/B/A,<br>ELECTRON MICROSCOPY SCIENCES).<br><br>    Defendant. | Civil Action No. 07-CV-3893 (LBS)<br><br>**Judge Leonard B. Sand** |

### EMS's MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER

Pursuant to Fed.R.Civ.P. 12(b) and 28 U.S.C. § 1404(a), Defendant, EMS Acquisition Corp. d/b/a, Electron Microscopy Sciences ("EMS"), respectfully requests that this Court transfer the above captioned case to the United States District Court for the Eastern District of Pennsylvania, or in the alternative, dismiss this case for lack of personal jurisdiction and improper venue. Grounds in support of the Motion are set forth in the attached Memorandum of Law.

Respectfully submitted,

Dated: September 20, 2007

Raymond J. Dowd
Dunnington, Bartholow & Miller, LLP
477 Madison Avenue, 12th Floor
New York, NY 10022
Tel: (212) 682-8811
Fax: (212) 661-7769
Attorney for defendant EMS Acquisition Corp.

Of Counsel:
David J. Wolfsohn
Steven J. Rocci
Chad A. Rutkowski
WOODCOCK WASHBURN LLP
2929 Arch Street
Philadelphia, PA  19104
Tel: 215-568-3100
Fax: 215-568-3439