UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRUCTURE PROBE INC., <br><br> Plaintiff, <br><br> v. <br><br> EMS ACQUISITION CORP. (D/B/A, ELECTRON MICROSCOPY SCIENCES). <br><br> Defendant. | Civil Action No. 07-CV-3893 (LBS) <br><br> **Judge Leonard B. Sand** |

### ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Defendant's Motion to Dismiss, filed September 20, 2007, and the plaintiff's response thereto,

IT IS HEREBY ORDERED that the motion is granted. This case shall be dismissed.

                                                                  _____
                                                                  The Honorable Leonard B. Sand
                                                                  United States District Court Judge