# Collection of State Sales Tax for USA Customers



**This applies only to shipments destined for USA shipping points**


[Chinese](#)

Most states in the USA require that taxes be collected on sales transactions between customers and vendors physically located in that state.

Structure Probe, Inc. and SPI Supplies has only one physical point, or nexus, which happens to be our headquarters in Pennsylvania. Hence, when we ship orders to customers physically located in Pennsylvania, we are required by the laws of the Commonwealth of Pennsylvania to collect the appropriate state sales taxes and and then remit these collected taxes to the Commonwealth of Pennsylvania.

Occasionally, we may also be required to collect sales taxes for other states, under certain conditions. Any time that we have a legal obligation to collect state sales taxes, we will add the appropriate charges to the order and inform you of such. In general, we do not collect sales taxes on shipments outside of Pennsylvania.

Note: Should you be a customer in Pennsylvania able to purchase tax-exempt, upon presentation of the appropriate tax exemption certificate, we will not add the PA state sales tax to your orders.

While some mistakenly believe otherwise, there is no moratorium or ban on collecting sales taxes for orders placed over the internet. The Internet Tax Freedom Act of 1998 only restricts the states from applying multiple or discriminatory taxes on internet commerce. Putting it another way, it prevents any state from passing new types of internet-specific sales taxes, but it does not exempt internet transactions from previously enacted state sales tax laws. The Internet Tax Freedom Act provides this protection through October 21, 2001.

 To Ask a Question or Make a Comment

 To Place an Order or Request a Quote



Return to:

- To Place an Order with SPI Supplies
- SPI Supplies Catalog Table of Contents
- SPI Supplies Home Page

Tuesday September 18, 2007
© Copyright 2000 - 2007. By **Structure Probe, Inc.**
Contacting **SPI Supplies** and **Structure Probe, Inc**.
All rights reserved.
All trademarks and trade names are the property of their respective owners.
Privacy Policy

Worldwide Distributors, Representatives, and Agents