# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| PENNSYLVANIA EASTERN | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 32,932 | 17,435 | 16,198 | 12,173 | 13,447 | 8,109 | | |
| | Terminations | | 29,043 | 15,856 | 12,754 | 12,862 | 14,034 | 9,087 | | |
| | Pending | | 15,696 | 11,603 | 9,930 | 6,422 | 7,143 | 7,693 | | |
| | % Change in Total Filings | Over Last Year | 88.9 | | | | | | 2 | 1 |
| | | Over Earlier Years | | 103.3 | 170.5 | 144.9 | 306.1 | | 1 | 1 |
| Number of Judgeships | | | 22 | 22 | 22 | 22 | 22 | 22 | | |
| Vacant Judgeship Months** | | | 7.0 | 12.0 | 34.6 | 6.6 | 40.7 | 38.5 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 1,497 | 793 | 737 | 553 | 610 | 369 | 1 | 1 |
| | | Civil | 1,454 | 747 | 694 | 512 | 575 | 339 | 1 | 1 |
| | | Criminal Felony | 28 | 31 | 32 | 31 | 30 | 30 | 89 | 6 |
| | | Supervised Release Hearings** | 15 | 15 | 11 | 10 | 5 | - | 65 | 1 |
| | Pending Cases | | 713 | 527 | 451 | 292 | 325 | 350 | 9 | 2 |
| | Weighted Filings** | | 386 | 611 | 495 | 408 | 461 | 386 | 69 | 3 |
| | Terminations | | 1,320 | 721 | 580 | 585 | 638 | 413 | 2 | 1 |
| | Trials Completed | | 13 | 15 | 12 | 11 | 11 | 14 | 71 | 4 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 12.8 | 11.3 | 11.6 | 10.6 | 10.6 | 9.6 | 84 | 6 |
| | | Civil** | 1.0 | 1.0 | 1.0 | 2.7 | 2.2 | 8.0 | 1 | 1 |
| | From Filing to Trial** (Civil Only) | | 18.0 | 20.8 | 16.0 | 19.0 | 17.3 | 15.2 | 13 | 1 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 450 | 315 | 292 | 332 | 623 | 521 | | |
| | | Percentage | 3.0 | 2.9 | 3.3 | 6.0 | 10.0 | 7.7 | 14 | 1 |
| | Average Number of Felony Defendants Filed Per Case | | 1.4 | 1.5 | 1.4 | 1.5 | 1.6 | 1.6 | | |
| | Jurors | Avg. Present for Jury Selection | 73.44 | 67.73 | 74.08 | 73.11 | 75.23 | 67.20 | | |
| | | Percent Not Selected or Challenged | 40.9 | 39.0 | 43.9 | 44.3 | 50.3 | 44.1 | | |

| 2006 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 31997 | 316 | 25072 | 1231 | 64 | 68 | 360 | 961 | 968 | 666 | 1378 | 116 | 797 |
| Criminal* | 604 | 11 | 126 | 38 | 138 | 130 | 54 | 18 | 18 | 15 | 17 | 12 | 27 |

\*  Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."