UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRUCTURE PROBE INC.,<br><br>                Plaintiff,<br><br>v.<br><br>EMS ACQUISITION CORP. (D/B/A, ELECTRON MICROSCOPY SCIENCES).<br><br>                Defendant. | Civil Action No. 07-CV-3893 (LBS)<br><br>**Judge Leonard B. Sand** |

## EMS's MOTION TO DISMISS COUNT I, IN PART, COUNT II, AND COUNT III OF STRUCTURE PROBE, INC.'S COMPLAINT

Defendant, EMS Acquisition Corp. d/b/a, Electron Microscopy Sciences ("EMS"), hereby moves the Court to dismiss Count I (in part), Count II, and Count III of plaintiff Structure Probe, Inc.'s ("SPI") Complaint. Grounds in support of the Motion are set forth in the attached Memorandum of Law.

Dated:   September 20, 2007

Respectfully submitted,

_/s/ Raymond J. Dowd_
Raymond J. Dowd
Dunnington, Bartholow & Miller, LLP
477 Madison Avenue, 12th Floor
New York, NY 10022
Tel: (212) 682-8811
Fax: (212) 661-7769
Attorney for defendant EMS Acquisition Corp.

Of Counsel:
David J. Wolfsohn
Steven J. Rocci
Chad A. Rutkowski
WOODCOCK WASHBURN LLP
2929 Arch Street
Philadelphia, PA  19104
Tel: 215-568-3100
Fax: 215-568-3439