UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRUCTURE PROBE INC., <br><br> Plaintiff, <br><br> v. <br><br> EMS ACQUISITION CORP. (D/B/A, ELECTRON MICROSCOPY SCIENCES). <br><br> Defendant. | Civil Action No. 07-CV-3893 (LBS) <br><br> **Judge Leonard B. Sand** |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Defendant's Motion to Dismiss, filed September 20, 2007, and the plaintiff's response thereto, IT IS HEREBY ORDERED that the motion is granted. Count I of Plaintiff's Complaint is dismissed to the extent that it alleges copyright infringement regarding materials other than the "SPI Plasma Prep™ II User's Manual" identified in paragraph 12 of Plaintiff's Complaint. Moreover, Count II and Count III are dismissed in their entirety.

_____
The Honorable Leonard B. Sand
United States District Court Judge