Civil Action No. 07-CV-3893 (LBS)                                Judge Leonard B. Sand

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
STRUCTURE PROBE INC.,                               :
                                                    :
                Plaintiff,          :
                                                    :                **MOTION TO ADMIT**
-against-                                           :                **COUNSEL**
                                                    :                **PRO HAC VICE**
EMS ACQUISITION CORP.                               :
(d/b/a, ELECTRON MICROSCOPY SCIENCES).              :
                                                    :
                Defendant.          :
                                                    :
---------------------------------------------------------------X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Raymond J. Dowd, a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | David J. Wolfsohn |
| Firm Name: | Woodcock Washburn |
| Address: | Cira Centre, 12th Floor<br>2929 Arch Street |
| City/State/Zip: | Philadelphia, PA 19104-2891 |
| Telephone/Fax: | (T):  215-568-3100<br>(F):  215-568-3439 |
| Email Address: | Wolfsohn@woodcock.com |

David J. Wolfsohn is a member in good standing of the Bar of the Commonwealth of

Pennsylvania.

Civil Action No. 07-CV-3893 (LBS)                    Judge Leonard B. Sand

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
STRUCTURE PROBE INC.,                  :
                                       :
              Plaintiff,          :
                                       :     **AFFIDAVIT OF**
-against-                              :     **RAYMOND J. DOWD IN**
                                       :     **SUPPORT OF MOTION**
EMS ACQUISITION CORP.                  :     **TO ADMIT COUNSEL**
(d/b/a, ELECTRON MICROSCOPY SCIENCES). :     **PRO HAC VICE**
                                       :
              Defendant.          :
                                       :
---------------------------------------------------------------X

State of New York    )
                     )   ss:
County of New York   )

Raymond J. Dowd, being duly sworn, hereby deposes and says as follows:

1.     I am a Partner at Dunnington, Bartholow & Miller LLP, Counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit David J. Wolfsohn as counsel pro hac vice to represent Defendant in this matter.

2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law on March 29, 1994. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.     I have known David J. Wolfsohn since 2006.

4.     Mr. Wolfsohn is a Partner at Woodcock Washburn in Philadelphia, Pennsylvania.

5.     I have found Mr. Wolfsohn to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of David J. Wolfsohn, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of David J. Wolfsohn, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit David J. Wolfsohn, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: October 16, 2007
       New York, New York.

Notarized:

Sworn to before me
this 16th day of October 2007

*[signature]*

**MARISOL VENDRELL**
**Notary Public, State of New York**
**No. 01VE6129563**
**Qualified in Bronx County**
**Commission Expires June 27, 2009**

Respectfully submitted,

*[signature]*

Raymond J. Dowd (RD 7508)
DUNNINGTON, BARTHOLOW & MILLER, LLP
*Counsel to Defendant*
477 Madison Avenue, 12th Floor
New York, NY 10022
Tel: (212) 682-8811
Fax: (212) 661-7769

To:   **VIA US MAIL**
      Joseph F. Nicholson (7307)
      Michael J. Freno (6969)
      Kenyon & Kenyon LLP
      One Broadway
      New York, New York 10004
      212-425-7200
      *Counsel for Plaintiff Structure Probe, Inc.*



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*David Jon Wolfsohn, Esq.*

**DATE OF ADMISSION**

*May 23, 1990*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 5, 2007

Patricia A. Johnson
Chief Clerk

Civil Action No. 07-CV-3893 (LBS)        Judge Leonard B. Sand

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------

STRUCTURE PROBE INC.,
    Plaintiff,

-against-

                                                      **AFFIDAVIT OF SERVICE**

EMS ACQUISITION CORP.
(d/b/a, ELECTRON MICROSCOPY SCIENCES).
Defendant.

-------------------------------------------------------------------------

STATE OF NEW YORK    )
                               )   SS.:
COUNTY OF NEW YORK  )

        Claire L. Arthurs, being duly sworn, deposes and says:

        1.        I am over the age of eighteen years, reside in Kings County, State of New York and I am not a party to this action.

        2.        On the 16th of October, 2007, I served a courtesy copy of the below documents:

        a.    Defendants Motion to Admit Counsel Pro Hac Vice, dated October 16th 2007 and;

        b.    Defendants Proposed Order for Admission Pro Hac Vice on Written Motion, dated October 16th, 2007.

ON:

        1.    Joseph F. Nicholson
                Michael J. Freno
                Kenyon & Kenyon LLP
                One Broadway
                New York, New York 10004
                *Counsel for Plaintiff Structure Probe, Inc.*

by depositing a true copy of the same enclosed in a properly addressed wrapper, in an official depository under the execution, custody and care of the United States Postal Service within the County of New York, State of New York.

_____
Claire L. Arthurs

Sworn to before me this
16th day of October 2007

_____
NOTARY PUBLIC

MARISOL VENDRELL
Notary Public, State of New York
No. 01VE6129563
Qualified in Bronx County
Commission Expires June 27, 2009