Civil Action No. 07-CV-3893 (LBS)   Judge Leonard B. Sand

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------X

STRUCTURE PROBE INC.,

               Plaintiff,

-against-

EMS ACQUISITION CORP.
(d/b/a, ELECTRON MICROSCOPY SCIENCES).

               Defendant.

-------------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-7-07
```

**ORDER FOR**
**ADMISSION**
**PRO HAC VICE**
**ON WRITTEN**
**MOTION**

Upon the motion of Raymond J. Dowd attorney for EMS ACQUISITION CORP. (d/b/a,

ELECTRON MICROSCOPY SCIENCES) and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

    Applicant's Name:    David J. Wolfsohn

    Firm Name:    Woodcock Washburn

    Address:    Cira Centre, 12th Floor
                    2929 Arch Street

    City/State/Zip:    Philadelphia, PA 19104-2891

    Telephone/Fax:    (T):    215-568-3100
                    (F):    215-568-3439

    Email Address:    Wolfsohn@woodcock.com

is admitted to practice pro hac vice as counsel for EMS ACQUISITION CORP. (d/b/a,

ELECTRON MICROSCOPY SCIENCES) in the above captioned case in the United States

District Court for the Southern District of New York. All attorneys appearing before this Court

are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 11/7/07
New York, New York

_____
United States District Judge Leonard B. Sand