


**Michael J. Freno**
Direct 212.908.6381
mfreno@kenyon.com

One Broadway
New York, NY 10004-1007
212.425.7200
Fax 212.425.5288

**MEMO ENDORSED**

March 4, 2008

**VIA HAND DELIVERY**

Hon. Leonard B. Sand
Daniel Patrick Moynihan United States Courthouse
United States Courthouse
500 Pearl St., Room 1650
New York, NY 10007

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-5-08**

Re:   Structure Probe, Inc. v. EMS Acquisition Corp.,
      Civil Action No. 07-3893 (LBS)

Dear Judge Sand:

    I write on behalf of both parties in this case and in response to a February 25, 2008 telephone inquiry by Your Honor's clerk. The parties have tentatively agreed to the terms of a settlement agreement that will resolve all outstanding issues in this case. To allow the parties time to finalize a settlement agreement, the parties respectfully request that any further scheduling in this case be suspended until April 4, 2008. If this is acceptable to Your Honor, the parties will either submit papers dismissing the case, or will otherwise inform the Court of the status of their settlement efforts, by April 4, 2008.

Respectfully yours,

KENYON & KENYON LLP

Michael J. Freno

cc:   David J. Wolfsohn, Esq. (by email)
      Raymond J. Dowd, Esq. (by facsimile and mail)
      Joseph Nicholson, Esq.

*Granted*
*[signature]*
*/so/*
*3/5/08*

**MEMO ENDORSED**

New York   Washington, DC   Silicon Valley   www.kenyon.com