


**MEMO ENDORSED**

Michael J. Freno
Direct 212.908.6381
mfreno@kenyon.com

One Broadway
New York, NY 10004-1007
212.425.7200
Fax 212.425.5288

April 4, 2008

**VIA HAND DELIVERY**

Hon. Leonard B. Sand
Daniel Patrick Moynihan United States Courthouse
United States Courthouse
500 Pearl St., Room 1650
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-7-08
```

Re:   Structure Probe, Inc. v. EMS Acquisition Corp.
      Civil Action No. 07-3893 (LBS)

Dear Judge Sand:

I write on behalf Structure Probe, Inc. ("SPI") pursuant to the March 5, 2008 endorsed memo (D.I. 24) requiring the parties to inform the Court of the status of settlement negotiations in the absence of a dismissal of the case by April 4, 2008. The parties have made progress towards finalizing a settlement agreement, and SPI has sent EMS Acquisition Corp. ("EMS") a red-lined version of a draft settlement agreement initially proposed by EMS. SPI is hopeful that the parties can finalize papers within 30 days, and therefore, SPI respectfully requests an additional month. If this is acceptable to Your Honor, the parties will either submit papers dismissing the case, or will otherwise inform the Court of the status of their settlement efforts, by May 5, 2008.

Respectfully yours,

KENYON & KENYON LLP

*/s/ Michael J. Freno*

Michael J. Freno

cc:   Raymond J. Dowd, Esq. (by facsimile and mail)
      David J. Wolfsohn, Esq. (by email)
      Joseph Nicholson, Esq.

*Acceptable*
*/s/ Sand*
*√ SO 4/7/08*

**MEMO ENDORSED**

New York   Washington, DC   Silicon Valley   www.kenyon.com