USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-14-08

Sand, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRUCTURE PROBE INC.,<br><br>                    Plaintiff,<br><br>       v.<br><br>EMS ACQUISITION CORP. (d/b/a, ELECTRON MICROSCOPY SCIENCES),<br><br>                    Defendant. | Civil Action No. 07-CV-3893 (LBS) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED, CONSENTED AND AGREED TO by and between, on the one hand, Structure Probe Inc. ("SPI"), and, on the other hand, EMS Acquisition Corp. (d/b/a Electron Microscopy Sciences) ("EMSA"), through their respective counsel of record, that, pursuant to a settlement between them, all claims and/or counterclaims by SPI against EMSA, and by EMSA against SPI (including those transferred from any other court), in the foregoing actions are hereby dismissed with prejudice, and each party shall bear its own costs and expenses.

KENYON & KENYON LLP

By: _____
Michael J. Freno (MF 6969)
One Broadway
New York, NY 10004
Telephone: (212) 908-6446
Facsimile: (212) 425-5288

Attorneys for Plaintiff Structure Probe Inc.

DUNNINGTON, BARTHOLOW & MILLER, LLP

By: _____
Raymond J. Dowd (RD 7508)
477 Madison Avenue, 12th Floor
New York, NY 10022
Telephone: (212) 682-8811
Facsimile: (212) 661-7769

—and—

David J. Wolfsohn
WOODCOCK WASHBURN LLP
2929 Arch Street, 12th Floor
Philadelphia, PA 19104
Telephone: (215) 568-3100
Facsimile: (215) 568-3439

Attorneys for Defendant EMS Acquisition Corp.

SO ORDERED

Leonard B. Sand
USDJ
5/14/08